UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:16-cv-23721-UU

JAIRO E. MONTEZUMA,

    Plaintiff,

v.

A&E TRUCKING US, LLC,

    Defendant.
_____/

## ORDER DISMISSING CASE

THIS CAUSE is before the Court upon a *sua sponte* examination of the record.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On August 30, 2016, Plaintiff filed this action, asserting claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* (Counts I and II) and the Florida Minimum Wage Act, Fla. Stat. § 448.08. D.E. 1.

On August 19, 2016, the Court ordered Plaintiff to show cause as to its efforts to effectuate service on Defendant. D.E. 6. On September 23, 2016, Plaintiff filed its verified return of service, showing that Defendant was served on September 1, 2016, such that its answer to Plaintiff's Complaint was due on September 22, 2016. D.E. 9-1. Accordingly, on September 23, 2016, Court again ordered Plaintiff to show cause as to why it had not yet moved for a Clerk's Entry of Default. D.E. 10.

On October 26, 2016, without ever having received a motion from Plaintiff, the Court *sua sponte* ordered the Clerk of Court to enter default against Defendant. D.E. 15. The Clerk of Court entered default. D.E. 16. In the Court's October 26, 2016 Order, the Court also ordered Plaintiff

to File a Motion for Final Default Judgment with respect to Defendant, in writing, no later than **Wednesday, November 9, 2016.** D.E. 15.

However, Plaintiff failed to file a Motion for Final Default Judgment or motion for extension of time by November 9, 2016 and, as of November 21, 2016, has yet to file a Motion for Final Default Judgment.

Accordingly, on November 14, 2016, the Court ordered Plaintiff to show cause in writing, not to exceed three pages, as to why it failed to comply with the Court's October 26, 2016 Order by **Friday, November 18, 2016.** D.E. 17. **In her Order, the Court warned Plaintiff that failure to comply with the Order would result in dismissal of this action without further notice.** *Id.*

Plaintiff has repeatedly failed to comply with Court deadlines and failed to diligently prosecute this action in violation of Court Orders. It is not the role of this Court to remind the parties as to each and every deadline. The Eleventh Circuit Court of Appeals has found that a district court does not abuse its discretion when it dismisses a case based on actions "which demonstrate[] a lack of diligence in prosecuting th[e] action or a failure to comply with [the Court's] obligations[.]" *Clark v. Keen*, 346 Fed. App'x. 441, 442 (11th Cir. 2009). Because Plaintiff has shown a blatant lack of diligence in prosecuting this case and has wholly failed to comply with this Court's orders and practices, his case will be dismissed without prejudice as a sanction. Accordingly, it is

ORDERED AND ADJUDGED that all pending claims against Defendant are DISMISSED without prejudice. It is further

ORDERED AND ADJUDGED that all pending Motions are DENIED AS MOOT and all future hearings are CANCELLED. The Clerk of Court is directed to ADMINISTRATIVELY CLOSE this case.

DONE AND ORDERED in Chambers at Miami, Florida, this _21st_ day of November, 2016.

*Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record